UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COURTNEY RICARDO ALFORD,

Petitioner,

v.

PAUL THOMPSON,

Respondent.

No. 2:21-cv-02293-TLN-AC

**ORDER**

Petitioner, a federal prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 6, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 9) are ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (ECF No. 5) is GRANTED;
3. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED; and
4. The Clerk of Court is directed to close this case.

Date: March 1, 2024

Troy L. Nunley
United States District Judge